# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO.: 7:11-CR-18 (HL)** |
| vs. : | |
| : | |
| **WILLIAM S. BUCHANAN** : | |
| : | |

## FINAL ORDER OF FORFEITURE

On June 24, 2011, pursuant to 21 U.S.C. § 853(n), as incorporated by Title 18, United States Code, Section 2253(b), and Federal Rule of Criminal Procedure 32.2(b), this Court entered an Amended Preliminary Order of Forfeiture against defendant William S. Buchanan.

Pending now before the Court is the United States' Motion For Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1. This Court has jurisdiction of this matter pursuant to 18 U.S.C. § 3231, and venue pursuant to 18 U.S.C. § 3232 and FED. R. CRIM. P. 18.

2. The United States has furnished due and legal notice of these proceedings as required by law by causing publication of notice of forfeiture and the intent of the United States to dispose of the property in accordance with the law.

3. The notice of forfeiture provided that any persons or entities having or claiming a legal right, title or interest in the property, within thirty (30) days of receipt of the notice, or no later than sixty (60) days from the first day of publication on the official internet government forfeiture website, *www.forfeiture.gov*, whichever is earlier, must petition the

United States District Court for the Middle District of Georgia for a hearing to adjudicate the validity of his or her alleged interest in the property pursuant to 21 U.S.C. § 853(n), as incorporated by 18, U.S.C. § 2253(b).

4. No other persons or entities filed third-party petitions asserting claims or interests in the property subject to forfeiture and the time for filing such petitions has now expired.

THEREFORE IT IS HEREBY ORDERED THAT:

1. The Court's June 24, 2011, Amended Preliminary Order of Forfeiture is final and all right, title, and interest in the following described property is hereby forfeited to and vested in the United States, to be disposed of in accordance with the law:

    a. Any visual depictions of minors engaged in sexually explicit conduct, including but not limited to those visual depictions referred to in Count One of the Information;

    b. One Dell Inspiron 5315, ST: 965NDF1;

    c. One Dell Latitude D600, ST: 12BKR61;

    d. One Gateway GT5220, Serial Number GCN6811008106;

    e. One Gray laptop, Serial Number Y523NDM0103-A;

    f. One Gray Desktop, MOBO Serial Number UY2T64502277;

    g. One HP Compaq 5800, Serial Number 2UA90410K1;

    h. One Toshiba Satelite PS225U, Serial Number X0991657U;

    i. One Attache USB Thumb Drive, Serial Number 03EAB6070605983;

    j. One Seagate Ext. HDD, Serial Number 5LR17KRK;

  k. 211 Diskettes (3.5); and

  l. 22 CD-ROM's.

 2. The Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

 SO ORDERED, this 29th day of September , 2011.

          s/Hugh Lawson
          HUGH LAWSON, SENIOR JUDGE
          UNITED STATES DISTRICT COURT


PREPARED BY:
s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 052683